STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.3804    AND FILED ON    5/15/2007

| | |
|---|---|
| THE GUARDIAN NEWS, INC., <br><br> Vs. <br><br> VILLAGE OF LARCHMONT, NEW YORK | Plaintiff(s)/Petitioner(s) <br><br> Defendant(s)/Respondent(s) |

STATE OF: NEW YORK        )
                                              ss
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/22/2007 at 12:05PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

Party Served: VILLAGE OF LARCHMONT, NEW YORK    (herein called recipient) therein named.

At Location: 120 LARCHMONT AVENUE

LARCHMONT NY

By delivering to and leaving with EILEEN FINN and that deponent knew the person

so served to be the VILLAGE CLERK

of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin WH    Color of Hair BROWN
Age 45/50    Height 5'5"
Weight 225    Other Features

Sworn to before me on  5/22/2007

_Gail Williams_ (signature)

_John Axelrod_ (signature)
John Axelrod
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4965052
Qualified in Westchester County
Commission Expires September 30, 2010