UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE GUARDIAN NEWS, INC.,

                              Plaintiff,    07-CV-3804 (CLB) (GAY)

-against-                      STIPULATION ENLARGING
                                                    TIME TO MOVE/ANSWER
VILLAGE OF LARCHMONT, New York

                              Defendant.
------------------------------------------------------------X

       It is agreed by and between the attorneys for the parties that Defendant VILLAGE OF LARCHMONT's time to answer or move with respect to the complaint in the above-captioned matter is extended to and including July 13, 2007.

Dated: June   , 2007

Lovett & Gould, LLP                                       Rice & Amon

By: Jonathan Lovett (4854)                     By: Terry Rice (TR 1022)
Attorneys for Plaintiffs                               Attorneys for Defendant Village of
222 Bloomingdale Road                        Larchmont
White Plains, New York 10605              Four Executive Boulevard
(914) 428-8401                                         Suite 100
                                                          Suffern, New York 10901
                                                          (845) 357-4000
                                                          Fax: (845) 357-0765

**SO ORDERED**

_____
Hon. Charles L. Brieant