Case 7:07-cv-03804-CLB   Document 5   Filed 06/28/2007   Page 1 of 1
JUN. 15. 2007 2:29PM  8453 LOVETT & GOULD    RICE AND AMON    NO. 691   P. 2   02/02
Case 7:07-cv-03804-CLB   Document 4   Filed 06/18/2007   Page 1 of 1

UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE GUARDIAN NEWS, INC.,

                            Plaintiff,    07-CV-3804 (CLB) (GAY)

    -against-                STIPULATION ENLARGING
                                          TIME TO MOVE/ANSWER
VILLAGE OF LARCHMONT, New York   & order

                            Defendant.
-----------------------------------------------------------X

       It is agreed by and between the attorneys for the parties that Defendant VILLAGE OF LARCHMONT's time to answer or move with respect to the complaint in the above-captioned matter is extended to and including July 13, 2007.

Dated: June  , 2007

Lovett & Gould, LLP                            Rice & Amon

By: Jonathan Lovett (4854)                By: Terry Rice (TR 1022)
Attorneys for Plaintiffs                     Attorneys for Defendant Village of
222 Bloomingdale Road                 Larchmont
White Plains, New York 10605         Four Executive Boulevard
(914) 428-8401                                Suite 100
                                            Suffern, New York 10901
                                            (845) 357-4000
                                            Fax: (845) 357-0765

SO ORDERED  June 27, 2007

_____
Hon. Charles L. Brieant    U S D J