UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE GUARDIAN NEWS, INC.,                    07 Civ. 3804 (CLB)

              Plaintiff,          **STIPULATION ENLARGING TIME TO MOVE/ANSWER**

-against-

VILLAGE OF LARCHMONT, New York,

              Defendant.

-----------------------------------------------------------------X

      It is agreed and stipulated by and between the attorneys for the parties that that the time of Defendant **VILLAGE OF LARCHMONT** to move or answer with respect to the complaint in the above-captioned matter is extended to and including August 8, 2007.

Dated: August 3, 2007


Lovett & Gould                                  Rice & Amon

By: Jonathan Lovett (4854)                      By: Terry Rice (1022)
Attorneys for Plaintiffs                        Attorneys for Defendant Village of
222 Bloomingdale Road                           Larchmont
White Plains, New York 10605                    Four Executive Boulevard
(914) 428-8401                                  Suite 100
                                                Suffern, New York 10901
                                                (845) 357-4000

**SO ORDERED**

_____
Hon. Charles L. Brieant