UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE GUARDIAN NEWS, INC.,

                           Plaintiff,                      STIPULATION OF
                                                             DISCONTINUANCE

   -against-

VILLAGE OF LARCHMONT, New York,        07 Civ. 3804 (CLB)

                           Defendant.

------------------------------------------------------------X

     **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for their respective parties in the above-entitled action that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, discontinued without prejudice, without costs, disbursements or attorneys fees to either party as against the other.

     This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June    , 2008

Lovett & Gould, LLP                                    Rice & Amon

By: _____ (4854)                           By: Terry Rice (TR 1022)
Attorneys for Plaintiff                               Attorneys for Defendants
222 Bloomingdale Road                       Four Executive Boulevard
White Plains, New York 10605             Suite 100
(914) 428-8401                                       Suffern, New York 10901
                                                         (845) 357-4000

So Ordered

_Charles L. Brieant_
             USDJ